**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

CHRISTINE THOMAS,

Plaintiff,

-against-

NAPLES SOAP COMPANY, INC.,

Defendant.

-----------------------------------------------------------x

26-CV-6260 (AT)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Tuesday, November 17, 2026 at 2:00 p.m. It came to the Court's attention that there is an earlier filed case with similar claims against Defendant in New York State Court.

The parties are directed to file a joint status letter by January 5, 2027 informing the Court of the status of the State Court action.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 17, 2026
New York, New York